**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                 Case No. **09-07298-13**

**PEREZ SANCHEZ, LUIS E & BERMUDEZ SANCHEZ, NILDA E**      Chapter **13**
                                Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/28/2009**                          ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **47** = $ **9,400.00**
$ **300.00** x **13** = $ **3,900.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **13,300.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **13,300.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**   Cr. **BANCO BILBAO VIZ**   Cr. _____
# **000-482402-6**   # **13249615633041**   # _____
$ **5,416.00**   $ **1,250.00**   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**A.E.E.L.A.**   **A.E.E.L.A.**   **COOP SANTA ISABE**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO BILBAO VIZ**   **BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,650.00**

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
NO LV
NO PRIORITIES
ORDER OF PAYMENTS
1. ATTORNEY FEES PURSUANT TO 11 USC SECTION 330.
2. PRO RATA PAYMENTS TO SECURED CREDITORS BPPR AND BBVA ON MORTGAGE AND AUTO LOANS PRE-PETITION ARREARS. DEBTORS TO RESUME TIMELY PAYMENTS TO CREDITORS ON 9/09 UNTIL MATURITY DATE.
3. PRO RATA DISTRIBUTION TO ALLOWED UNSECURED CLAIMS.
-ADEQUATE PROTECTION PAYMENTS TO BPPR MORTGAGE LOAN IN THE AMOUNT OF $54.16 PER MONTH UP TO CONFIRMATION OF THE PLAN.
-ADEQUATE PROTECTION PAYMENTS TO BBVA AUTO LOAN IN THE AMOUNT OF $12.50 PER MONTH UP TO CONFIRMATION OF THE PLAN.

Signed: **/s/ LUIS E PEREZ SANCHEZ**
          Debtor

**/s/ NILDA E BERMUDEZ SANCHEZ**
Joint Debtor

Attorney for Debtor **Lube & Soto Law Offices, P.S.C.**        Phone: **(787) 722-0909**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only